IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RANDALL W. RUEBEL;
MARIO HUDSON; and
TAMMY L. JOHNSON,
Individually, and as Beneficiaries of the
Tyson Foods, Inc. Retirement Savings Plan                    PLAINTIFFS

V.                    CASE NO. 5:23-CV-5216

TYSON FOODS, INC. and
BOARD OF DIRECTORS OF TYSON FOODS, INC.                      DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this day,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** under Rule 12(b)(6) for failure to state a claim.

**IT IS SO ORDERED AND ADJUDGED** on this 6th day of August, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE